UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

MAY 22 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| VS. § | |
| § | |
| JERRY MICHAEL WALTERS, § | CRIMINAL NO. C-03-159 |
| A.K.A. "IRON MAN", A.K.A. "IRON" § | |
| AARON KELLY, § | |
| A.K.A. "ROOSTER", § | |
| JUAN DANIEL CARDENAS, § | |
| ABELARDO GODOY, IV, § | |
| A.K.A. "BUDDHA", AND § | |
| MICHAEL RONJE § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment:

1. MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON" was the professed head of the Corpus Christi chapter of the Aryan Brotherhood of Texas, (hereinafter ABT), an organization and enterprise operating out of Corpus Christi, Texas and elsewhere.

2. MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", and ABELARDO GODOY, IV, A.K.A. "BUDDHA", and others were members and prospective members of the ABT.

3. MICHAEL RONJE and JUAN DANIEL CARDENAS were associates of MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", and ABELARDO GODOY, IV, A.K.A. "BUDDHA" and other members of the ABT.

4. JUAN DANIEL CARDENAS was alleged to be a member of the Mexican Mafia, a prison gang that operates within the State of Texas and elsewhere.

5. Joe Gabriel Urdiales, the victim, was alleged to be a member of the Texas Syndicate, a prison gang that operates within the State of Texas and elsewhere.

6. Padre Island National Seashore (PINS) was a place within the special maritime and territorial jurisdiction of the United States pursuant to Title 16, United States Code, Section 459d *et seq.*, and Title 18, United States Code, Section 7.

## COUNT ONE

Beginning on or about April 1, 2003 and continuing at least through April 28, 2003, in the Corpus Christi Division of the Southern District of Texas, and within the jurisdiction of the Court, on the Padre Island National Seashore, a place within the special maritime and territorial jurisdiction of the United States, and elsewhere, defendants,

**MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON",
AARON KELLY, A.K.A. "ROOSTER",
JUAN DANIEL CARDENAS,
ABELARDO GODOY, IV, A.K.A. "BUDDHA", and
MICHAEL RONJE,**

did knowingly, willfully, and unlawfully conspire and agree together and with other persons known and unknown to the Grand Jury, to kill, with malice aforethought, Joe Gabriel Urdiales in violation of Title 18, United States Code, Section 1111.

## MANNER AND MEANS

Among the means by which the defendants and co-conspirators carried out the object of the conspiracy were:

1. It was part of the conspiracy to lure Joe Gabriel Urdiales to a place where members of the ABT were gathered;

2. It was further part of the conspiracy to discipline Joe Gabriel Urdiales for

betraying and deceiving members of the ABT; and

3. It was further part of the conspiracy to seek restitution from Joe Gabriel Urdiales for betraying and deceiving members of the ABT.

## OVERT ACTS

In furtherance of such agreement and conspiracy, and to effect and accomplish the objects thereof, defendants and unindicted co-conspirators, and other persons known and unknown to the Grand Jury, committed the following overt acts, among others:

1. From on or about April 1, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV, A.K.A. "BUDDHA", and other members of the ABT looked for and searched for Joe Gabriel Urdiales to answer for wrongs allegedly committed against members of the ABT.

2. On or about April 3, 2003, JUAN DANIEL CARDENAS telephoned Joe Gabriel Urdiales and lured him to come to the Bay Point Apartments in Corpus Christi, Texas where members of the ABT were gathered.

3. On or about April 3, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV, A.K.A. "BUDDHA", JUAN DANIEL CARDENAS, and others assaulted and beat Joe Gabriel Urdiales.

4. On or about April 3, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV, A.K.A. "BUDDHA", JUAN DANIEL CARDENAS, escorted Joe Gabriel Urdiales into a vehicle and picked up MICHAEL RONJE and others.

5. On or about April 3, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV,

A.K.A. "BUDDHA", JUAN DANIEL CARDENAS, MICHAEL RONJE, and others transported Joe Gabriel Urdiales onto the Padre Island National Seashore.

6. On or about April 3, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV, A.K.A. "BUDDHA", JUAN DANIEL CARDENAS, MICHAEL RONJE, and others assaulted and beat Joe Gabriel Urdiales on the Padre Island National Seashore.

7. On or about April 3, 2003, AARON KELLY, A.K.A. "ROOSTER" stabbed Joe Gabriel Urdiales with a sharp instrument.

8. From on or about April 3, 2003 and continuing at least until on or about April 28, 2003, MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON", AARON KELLY, A.K.A. "ROOSTER", ABELARDO GODOY, IV, A.K.A. "BUDDHA", JUAN DANIEL CARDENAS, MICHAEL RONJE, and others traveled outside of Corpus Christi, Texas in an effort to elude law enforcement officers after the killing of Joe Gabriel Urdiales.

All in violation of Title 18, United States Code, Sections 1117 and 1111.

## COUNT TWO

On or about April 3, 2003, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, on the Padre Island National Seashore, a place within the special maritime and territorial jurisdiction of the United States, the defendants,

MICHAEL WALTERS, A.K.A. "IRON MAN", A.K.A. "IRON",
AARON KELLY, A.K.A. "ROOSTER",
JUAN DANIEL CARDENAS,
ABELARDO GODOY, IV, A.K.A. "BUDDHA", and
MICHAEL RONJE,

with malice aforethought did unlawfully kill Joe Gabriel Urdiales, by stabbing him with a sharp

4

instrument.

In violation of Title 18, United States Code, Sections 2, 7 and 1111.

**A TRUE BILL**

*[signature]*
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

BY: *[signature]*
MARK PATTERSON
ASSISTANT UNITED STATES ATTORNEY